OLIVER B. MERRILL, JR., as Executor, etc., of WILLIAM F. MERRILL, Deceased, Appellant, v. JAMES H. RAND, JR., Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Townley and Glennon, JJ.

BEN FLIGEL CO., INC., Respondent, v. JOSEPH KESSLER, as Treasurer of the WATERPROOF GARMENT WORKERS UNION LOCAL No. 20, a Voluntary Unincorporated Association, and Others, Appellants, Impleaded with Others.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

· JOHN McCABE, Appellant, v. ABRAHAM H. RUBENSTEIN and Others, Respondents, Impleaded with Others.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

LOUIS COWAN, Respondent, v. CLARENCE C. RICE and MARY M. RICE, His Wife, Appellants, Impleaded with Others.*— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

In the Matter of the Judicial Settlement of the Account of DOROTHY COSTIGAN, Executrix, etc., of CATHERINE N. COSTIGAN, Deceased, Appellant. ELIZABETH OTT, Claimant, Respondent.— Decree so far as appealed from affirmed, with costs to the respondent payable out of the estate. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

H. T. DARLING & COMPANY, INC., Respondent, v. BOWMAN-BILTMORE HOTELS CORPORATION, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

ALFRED STONE, Respondent, v. ÆTNA LIFE INSURANCE COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

RUTH CHAMBERS and B. ARNOLD CHAMBERS, as Executors, etc., of JOSEPH CHAMBERS, Deceased, Appellants, v. NEW YORK LIFE INSURANCE COMPANY, Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ. [148 Misc. 561.]

PETER RUECK, Respondent, v. CORSON CONSTRUCTION CORPORATION, Appellant. — Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

METROPOLITAN LIFE INSURANCE COMPANY, Respondent, v. PAUL SHOTLAND and JULIA SHOTLAND, Appellants, Impleaded with Others.— Order affirmed, with twenty dollars costs and disbursements, with leave to the defendants, appellants, to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SIDNEY LEWIS, Appellant.†— Judgment affirmed. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.